PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>DEMETRIO ALONZO KNOX,<br><br>DEFENDANT. | CASE NO.  1:21-MJ-00047-EPG<br><br>GOVERNMENT MOTION TO DISMISS AND ORDER THEREON |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter. According to the Federal Bureau of Investigation, the defendant was apprehended at the border and transported to Stanislaus County for prosecution on the underlying state offense.

Therefore, the government moves to dismiss the complaint in the above-captioned matter, which alleges a violation of 18 U.S.C. § 1073, unlawful flight to avoid prosecution. It is further requested that the arrest warrant be recalled.

Dated: April 3, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   **April 3, 2024**                    /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE